**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
Sentry Office Plz
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for MidFirst Bank

| In Re: | Case No.: | 17-21807 JNP |
|---|---|---|
| Frank Pacheco | Chapter: | 13 |
| Debtor(s) | Hearing Date: | n/a |
| | Judge: | Jerrold N. Poslusny Jr. |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below

has been:

☐ Settled ☒ Withdrawn

Matter: Notice of Postpetition Mortgage Fees, Expenses, and Charges by MidFirst Bank and/or their predecessors, which were filed with the Court on or about July 30, 2019, November 18, 2021 and February 22, 2022.

Date: January 25, 2024

*/s/Denise Carlon*
Signature

*rev. 8/1/15*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By: Denise Carlon Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
Attorneys for Secured Creditor: MidFirst Bank

| | |
|---|---|
| In Re:<br>Frank Pacheco<br>           Debtor | Case No:    <u>17-21807 JNP</u><br><br>Chapter:    <u>13</u><br><br>Judge:    <u>Jerrold N. Poslusny Jr.</u> |

## CERTIFICATION OF SERVICE

1.  I, Patricia Rychards:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the <u>Secured Creditor</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On 01/30/2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Withdrawal of Notices od Postpetition Mortgage Fees, Expenses, and Charges
    - Certification of Service

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 01/30/2024               */s/ Patricia Rychards*

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Frank Pacheco<br>14 Gabrielle Circle<br>Swedesboro, NJ 08085 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Javier L. Merino<br>Dann Law<br>372 Kinderkamack Road<br>Suite 5<br>Westwood, NJ 07675 | Attorney for Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Andrew B. Finberg Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center - 535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other<br>_____<br>(as authorized by the court *) |