Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 17-21807 (JNP)

Frank Pacheco  
14 Gabrielle Circle  
Swedesboro, NJ  08085

Monthly Payment: $1,329.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/03/2023 | $1,206.00 | 03/09/2023 | $1,206.00 | 04/18/2023 | $1,206.00 | 04/28/2023 | $1,206.00 |
| 06/01/2023 | $2,412.00 | 07/13/2023 | $1,206.00 | 07/28/2023 | $1,208.00 | 08/11/2023 | $291.52 |
| 08/18/2023 | $294.23 | 08/25/2023 | $294.23 | 09/01/2023 | $294.23 | 09/08/2023 | $294.23 |
| 09/15/2023 | $294.23 | 09/22/2023 | $294.23 | 09/29/2023 | $294.23 | 10/06/2023 | $294.23 |
| 10/13/2023 | $294.23 | 10/20/2023 | $294.23 | 10/27/2023 | $294.23 | 11/03/2023 | $294.23 |
| 11/13/2023 | $294.23 | 11/17/2023 | $294.23 | 11/27/2023 | $294.23 | 12/01/2023 | $294.23 |
| 12/08/2023 | $294.23 | 12/15/2023 | $294.23 | 12/27/2023 | $294.23 | 12/29/2023 | $294.23 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | FRANK PACHECO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JAVIER L. MERINO, ESQUIRE | 13 | $2,628.50 | $2,628.50 | $0.00 | $0.00 |
| 0 | JAVIER L. MERINO, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | JAVIER L. MERINO, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | JAVIER L. MERINO, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | JAVIER L. MERINO, ESQUIRE | 13 | $3,963.80 | $3,963.80 | $0.00 | $795.35 |
| 1 | MIDFIRST BANK | 24 | $42,815.29 | $42,815.29 | $0.00 | $5,040.63 |
| 2 | DANN & MERINO, P.C. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PREMIER BANKCARD, LLC | 33 | $211.82 | $175.92 | $35.90 | $175.92 |
| 4 | MCCABE, WEISBERG & CONWAY, P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | POLICE & FIRE FEDERAL CREDIT UNION | 33 | $2,927.84 | $2,431.68 | $496.16 | $2,431.68 |
| 6 | PUBLIC SERVICE FEDERAL CREDIT UNION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | REGIONAL ACCEPTANCE CORPORATION | 33 | $11,530.87 | $9,576.81 | $1,954.06 | $9,576.81 |
| 8 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | JAVIER L. MERINO, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PUBLIC SERVICE FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | FLAGSTAR BANK | 13 | $681.00 | $681.00 | $0.00 | $0.00 |
| 13 | MIDFIRST BANK | 24 | $14,818.93 | $14,818.93 | $0.00 | $4,112.62 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Case 17-21807-JNP    Doc 114    Filed 02/12/24    Entered 02/12/24 16:25:05    Desc Main
Document    Page 2 of 2

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 07/01/2017 | 72.00 | $0.00 |
| 07/01/2023 | Paid to Date | $79,227.37 |
| 08/01/2023 | 11.00 | $1,329.00 |
| 07/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $15,826.12 |
| Total paid to creditors this period: | $22,133.01 |
| Undistributed Funds on Hand: | $1,063.92 |
| Arrearages: | $589.88 |
| Attorney: | JAVIER L. MERINO, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**